## EXHIBIT A

## PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**LENA BRANDS LLC**., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10792 (TMH)<br><br>(Joint Administration Requested)<br>**Re: D.I No. ___** |

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) FILE AND MAINTAIN CONSOLIDATED CREDITOR LISTS, (B) FILE A CONSOLIDATED LIST OF THE DEBTORS' TWENTY LARGEST CREDITORS, (C) REDACT CERTAIN PERSONAL IDENTIFICATION INFORMATION FOR INDIVIDUAL EMPLOYEES, AND (D) AUTHORIZE SERVICE ON EMPLOYEES THROUGH COMPANY DISTRIBUTION CHANNELS AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (this "**Order**"), (a) authorizing the Debtors to file a single, consolidated list of creditors, maintain a single Creditor Matrix, and file a single, consolidated 20 Largest List, in lieu of filing and maintaining separate creditor lists and mailing matrices for each Debtor, (b) redacting certain personal identification information for the Debtors' current and former employees, (c) authorizing service on such employees through the Debtors' internal company distribution channels in lieu of service by United States mail, and (d) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Lena Holdings LLC (6569), Lena Brands LLC (3815) and Lena Real Estate Holdings LLC (1167).  Their mailing address is 13745 Omega Road, Dallas TX 75244.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Delaware dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.     The Motion is granted as set forth herein.

2.     The requirements of Local Rule 1007-2(a) and Local Rule 2002-1(f)(v) that separate mailing matrices be submitted for each Debtor are permanently waived, and the Debtors are authorized to submit a consolidated list of creditors; *provided* that if any of these chapter 11 cases converts to a case under chapter 7 of the Bankruptcy Code, the applicable Debtor shall file its own creditor mailing matrix.

3.     The Debtors are authorized to submit a consolidated 20 Largest List; *provided* that if any of these chapter 11 cases converts to a case under chapter 7 of the Bankruptcy Code, the applicable Debtor shall file a list of its own top 20 unsecured creditors.

4.     The Debtors shall cause the Creditor Matrix to be made available in readable electronic format (or a non-electronic format at the requesting party's sole cost and expense) upon reasonable request by parties in interest.

5.      The Debtors are authorized to redact the names and home addresses of their current and former employees from the Creditor Matrix and all filings in these chapter 11 cases (the "**Case Filings**"). The Debtors shall file under seal with the Court an unredacted version of the Creditor Matrix and shall provide such unredacted Creditor Matrix to the U.S. Trustee, any official committee of unsecured creditors appointed in these chapter 11 cases, and the Court. The unredacted Creditor Matrix shall also be made available to any party in interest who demonstrates a particularized need for such information and agrees to treat it as confidential.

6.      The Debtors are authorized to serve all notices required to be provided to current and former employees in these chapter 11 cases through the Debtors' internal company distribution channels, including, without limitation, electronic mail, internal communications platforms, and other electronic means regularly used by the Debtors to communicate with employees in the ordinary course of business, in lieu of service by United States mail. For former employees for whom the Debtors do not maintain current electronic contact information, the Debtors shall serve such former employees by United States mail at the last known home address on file for each such individual.

7.      The Debtors, or their duly retained claims and noticing agent, shall maintain records of all notices served on employees through company distribution channels, including confirmation of delivery or transmission where available.

8.      The terms and conditions of this Order are immediately effective and enforceable upon its entry.

9.      This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.